# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DAWN BROGDEN,

    Plaintiff,

v.                                          Case No. 3:17-cv-505-J-32PDB

AUTO-OWNERS INSURANCE
COMPANY,

    Defendant.

## O R D E R

The Court has been advised that this case has been settled (Doc. 31). Accordingly, it is now

**ORDERED:**

1. The parties shall have until **May 22, 2018** to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for extension of time by the **May 22, 2018** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without**

**prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

    3.    All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of March, 2018.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record